IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>DURAL TRUCKING AND TRANSPORT, LLC, et al.<br><br>Defendants. | CV-18-134-GF-BMM<br><br>**ORDER** |

On October 22, 2018, this case was transferred from the Eastern District of Louisiana to the Billings Division of the District of Montana. (Doc. 78.) In the transfer order, the Court indicated the underlying state court cases are pending in Wolf Point, Montana. (*Id*. at 18.) The Court therefore, concluded the case should be transferred to the Billings Division based on its determination that Billings was the "nearest division" to Wolf Point. (*Id.*) Because the underlying cases are pending in Wolf Point, Montana, on October 23, this case was transferred to the Great Falls Division. (Doc.80). Accordingly,

-1-

**IT IS HEREBY ORDERED** that the attorneys of record in this case must comply with the District of Montana Local Rule 83.1(d) before this case proceeds.

DATED this 24th day of October, 2018.

_____
Brian Morris
United States District Court Judge