# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DUAL TRUCKING AND TRANSPORT, LLC, f/k/a/ Capital Transportation Logistics, LLC, and DUAL TRUCKING, INC.,<br><br>Defendant. | CV-18-134-GF-BMM<br><br>**ORDER** |

On February 20, 2019 the undersigned conducted a telephonic status conference. (Doc. 93) During the telephonic status conference, there was discussion regarding Plaintiff's Motion to Compel. (Doc. 72). Accordingly, IT IS HEREBY ORDERED that Defendants' discovery responses will be produced to the Plaintiff by **February 28, 2019** or the undersigned will rule on the Motion to Compel.

DATED this 27th day of February, 2019

_Brian Morris_
Brian Morris
United States District Court Judge

1