# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DUAL TRUCKING AND TRANSPORT, LLC, f/k/a Capital Transportation Logistics, LLC, and DUAL TRUCKING, INC.,<br><br>Defendants. | CV-18-134-GF-BMM<br><br>**ORDER** |

Defendants have moved for an order allowing David P. Salley, Esq., Charles C. Bourque, Esq. and Frederic C. Fondren, Esq. to appear *pro hac vice* in this case with Kevin Feeback of Toole & Feeback, PLLC, designated as local counsel. The applications of Mr. Salley, Mr. Bourque and Mr. Fondren appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendants' motions to allow Mr. Salley, Mr. Bourque and Mr. Fondren appear on its behalf, (Docs. 98, 99 and 100) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Salley, Mr. Bourque and Mr. Fondren must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Salley, Mr. Bourque and Mr. Fondren.

**IT IS FURTHER ORDERED** that each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 4th day of March, 2019.

_____
Brian Morris
United States District Court Judge