# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, | CV-18-134-GF-BMM |
| Plaintiff, | |
| v. | **ORDER** |
| DUAL TRUCKING AND TRANSPORT, LLC, f/k/a Capital Transportation Logistics, LLC, and DUAL TRUCKING, INC. | |
| Defendants | |

Upon consideration of Plaintiff's Unopposed Motion to Amend Scheduling Order, and for good cause appearing, IT IS HEREBY ORERED that the Scheduling Order[1] is amended as follows:

| | |
|---|---|
| Discovery shall close on: | <u>July 26, 2019</u> |
| All pretrial motions, other than discovery motions, shall be filed and fully briefed on or before: | <u>August 16, 2019</u> |

DATED this 11th day of July, 2019.

_____
Brian Morris
United States District Court Judge