UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, | 4:18-cv-00134-BMM |
| Plaintiff, | AMENDED ORDER |
| v. | |
| DUAL TRUCKING AND TRANSPORT, LLC, f/k/a CAPITAL TRANSPORTATION LOGISTICS LLC, and DUAL TRUCKING, INC., | |
| Defendants. | |

Upon Plaintiff's Unopposed Motion for Leave to file the Fifth Amended Complaint (Doc. 156) and with good cause shown,

IT IS HEREBY ORDERED that the unopposed motion is GRANTED. Plaintiff's will comply with L.R. 15.1

DATED this 17th day of September, 2019.

Brian Morris
United States District Court Judge

1